Mario A. Juarez, Inc., State Bar No. 205350
JUAREZ, ADAM & FARLEY LLP
Attorneys at Law
625 E. Chapel Street
Santa Maria, CA 93454
Telephone: (805) 922-4553
Facsimile: (805) 928-7262
Email: mjuarez@smvlaw.com

Attorney for Plaintiff THOMAS A. ALLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. ALLER,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDWIDE TECHSERVICES, LLC dba WORLDWIDE SERVICES; AND DOES 1 TO 20, INCLUSIVE;<br><br>Defendants. | CASE NO. 2:19-CV-03113<br>[Santa Barbara County Superior Court Case No. 19CV01395]<br><br>ORDER RE:<br>STIPULATION RE: DISMISSAL; (PROPOSED) ORDER<br><br>Assigned: Hon. Percy Anderson<br>Dept.: Courtroom 9A, 9th Floor |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff THOMAS A. ALLER, and Defendant WORLDWIDE TECHSERVICES, LLC dba WORLDWIDE SERVICES, by and through their respective counsel of record, stipulate and request that the entire above-captioned action be dismissed with prejudice, with each side to bear their own attorney's fees and costs.

///
///
///

1

STIPULATION RE: DISMISSAL; (PROPOSED) ORDER

IT IS SO STIPULATED.

DATED: September 9, 2019					JUAREZ, ADAM & FARLEY, LLP

By: _____
MARIO A. JUAREZ, Attorney for
Plaintiff Thomas A. Aller

DATED: September 10, 2019				OGLETREE, DEAKINS, NASH,
									SMOAK & STEWART, P.C.

By: _____
LISA C. HAMASAKI, Attorney for
Defendant WORLDWIDE
TECHSERVICES, LLC

## ORDER

The Court having reviewed and considered the pleadings in this matter and the stipulation of the parties, hereby Orders as follows:

Dismissal of the entire action of all parties and causes of action, with prejudice, is granted. All parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: September 12, 2019
_____
JUDGE OF THE SUPERIOR COURT

STIPULATION RE: DISMISSAL; (PROPOSED) ORDER

# PROOF OF SERVICE

I am employed in the County of Santa Barbara, State of California, am over the age of 18 years and not a party to this action. At all times mentioned herein I have been employed in the County of Santa Barbara in the office of a member of the bar of this Court at whose direction the service was made. My business address is 625 East Chapel Street, Santa Maria, California 93454.

On September 10, 2019 I served the foregoing document entitled **STIPULATION RE: DISMISSAL; (PROPOSED) ORDER**, on the interested parties in this action as follows:

Lisa C. Hamasaki, Esq.  
Sean M. Kramer, Esq.  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
Steuart Tower, Suite 1300  
One Market Plaza  
San Francisco, CA 94105  
Tel: (415) 442-4819  
Fax: (415) 442-4870  
Email: lisa.hamasaki@ogletree.com  
Sean.kramer@ogletree.com

*Attorneys for Defendant*  
*WORLDWIDE TECHSERVICES, LLC*

_____ (Via Mail) I placed the original, or a true and correct copy thereof, in a separate sealed envelope for each addressee as listed on the attached service list and/or above, with sufficient postage paid, in the United States mail in this County on this date, following my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

_____ (Via California Overnight) This document was sent via overnight courier to each address list on the attached mailing list and/or above.

_____ (Via Facsimile) I transmitted the above-named document(s) by telephone facsimile to the facsimile numbers listed on the attached service list and/or above. Such transmission was reported as complete and without error on this date.

__X__ (Via email) I transmitted the above-named document, as agreed upon by counsel, by email to the email addresses listed on the attached service list and/or above. Such transmission was reported as complete and without error on this date.

_____ (Via Personal Service) I delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 10th day of September, 2019 at Santa Maria, California.

_____  
Annie A. Cunningham